UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60108-CR-SINGHAL/DAMIAN
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C § 2260A

FILED BY ___ AT ___ D.C.

Jun 8, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

JORGE GONZALEZ,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

On or about February 26, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE GONZALEZ,**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
### Committing a Crime while being a Registered Sex Offender
### (18 U.S.C. § 2260A)

On or about February 26, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE GONZALEZ,**

being required by Federal and other law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Section 2251(a), as set forth in Count 1 of this Indictment, all in violation of Title 18, United States Code, Section 2260A.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JORGE GONZALEZ,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) through (a)(3), the following:

    (a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18 of the United States Code;

    (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

    (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

3. The property, which is subject to forfeiture includes, but is not limited to, the following: One (1) iPhone 11 Pro Max (SN: FCLCH21RN70F).

All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*[signature]*
M. CATHERINE KOONTZ
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

JORGE GONZALEZ

_____/
    Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☒ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)
   I    ☒ 0 to 5 days                   ☐ Petty
   II   ☐ 6 to 10 days                  ☐ Minor
   III  ☐ 11 to 20 days                 ☐ Misdemeanor
   IV   ☐ 21 to 60 days                 ☒ Felony
   V    ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of 4/8/2021
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
    M. Catherine Koontz
    Assistant United States Attorney
    Court ID No.   A5501929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JORGE GONZALEZ

**Case No:** _____

Count #: 1

Production of Child Pornography

18 U.S.C. §§ 2251(a) and (e)

* Max. Term of Imprisonment: 30 years
* Mandatory Min. Term of Imprisonment (if applicable): 15 years
* Max. Supervised Release: 5 years to Life
* Max. Fine: $250,000

Count #: 2

Committing a Crime while being a Registered Sex Offender

18 U.S.C. § 2260A

* Max. Term of Imprisonment: 10 years' Consecutive
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 5 years to Life
* Max. Fine: $250,000

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.